DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLY CENECHARLES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-260

[May 1, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 11-016748CF10A.

Carey Haughwout, Public Defender, and Nancy Jack, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melanie Dale Surber, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.  See Hight v. State*, 253 So. 3d 1137 (Fla. 4th DCA 2018).

GROSS, TAYLOR and LEVINE, JJ., concur

*        *        *

***Not final until disposition of timely filed motion for rehearing.***